NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BUCHANAN INGERSOLL & ROONEY PC,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON BELMONTE, JUDITH BELMONTE and ZORKA JOVANOVIC,<br><br>Defendants. | No. 24cv859 (EP) (JRA)<br><br>**ORDER** |

Plaintiff Buchanan Ingersoll & Rooney PC's ("Buchanan") moves for default judgment against Defendants Brandon Belmonte ("BB"), Judith Belmonte ("JB"), and Zorka Jovanovic ("Jovanovic") pursuant to Fed. R. Civ. P. 55(b)(2). D.E. 8 ("Motion" or "Mot."). Having reviewed the accompanying papers and all relevant items on the docket, and having determined that oral argument is not necessary,

**IT IS**, on this **25th** day of **July** 2024, for the reasons set forth in the accompanying Opinion,

**ORDERED** that Plaintiff's Motion, D.E. 8, is **GRANTED** in part and **DENIED** in part; and it is further

**ORDERED** that Plaintiff's Motion is **DENIED** *without prejudice* as to Defendant JB; and it is further

**ORDERED** that Plaintiff's Motion is **GRANTED** as to Defendants BB and Jovanovic with respect to liability; and it is further

**ORDERED** that Plaintiff's Motion is **DENIED** *without prejudice* as to Defendants BB and Jovanovic with respect to damages; and it is further

**ORDERED** that Plaintiff has thirty (30) days to cure the noted deficiencies noted in the accompanying Opinion; and it is finally

**ORDERED** that the failure to timely remedy those deficiencies may result in this action's dismissal.

Evelyn Padin, U.S.D.J.